UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBIN E. JACKSON, | No. 2:19-cv-00671-JAM-KJN PS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MARSHA J. JOSIAH, et al., | (ECF No. 9) |
| Defendants. | |

Presently pending before the court is pro se plaintiff's motion to participate in electronic case filing. (ECF No. 9.)

Generally, "any person appearing pro se may **not** utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2) (emphasis in original). Plaintiff's motion for electronic case filing does not provide any good cause for deviance from the Local Rule applicable to unrepresented litigants. If the case proceeds and plaintiff has not abused the filing procedures, the court would entertain a further motion. At the current stage, however, the motion is DENIED.

///

///

1

1 | IT IS SO ORDERED.
2 | Dated: December 5, 2019
3 |
4 | KENDALL J. NEWMAN
  | UNITED STATES MAGISTRATE JUDGE
5 |
6 |
7 | jackson.671.efiling