UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN E. JACKSON,<br><br>   Plaintiff,<br><br>  v.<br><br>MARSHA J. JOSIAH, et al.,<br><br>   Defendants. | No. 2:19-cv-00671-JAM-KJN PS<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>(ECF No. 23) |

On March 19, 2020, the court granted defendants' motion to stay this case under the <u>Colorado River</u> abstention doctrine, pending the conclusion of a state court appeal central to plaintiff's claims. (ECF No. 23.) On October 26, 2020, defendants notified the court that the state court appeal had concluded, with the appellate court affirming the trial court's order removing plaintiff as a successor co-trustee of the trust and surcharging her beneficial interest in the estate. (ECF No. 24 & Ex. A.) Accordingly, the court hereby LIFTS the stay previously imposed in this case and orders the parties within 21 days of the date of this order to file written status reports[1] addressing the following matters:

1. Service of process;
2. Possible joinder of additional parties;

---

[1] The parties are encouraged, when possible, to file a joint status report.

1

3. Any expected or desired amendment of the pleadings;

4. Jurisdiction and venue;

5. Anticipated motions and their scheduling;

6. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

7. Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

8. Special procedures, if any;

9. Estimated trial time;

10. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

11. Whether the case is related to any other cases, including bankruptcy;

12. Whether a settlement conference should be scheduled;

13. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of his so acting, or whether they prefer to have a settlement conference conducted before another judge; and

14. Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

Dated: November 4, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Jack.671