UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN E. JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARSHA J. JOSIAH, et al.,<br><br>　　　　　Defendants. | No.  2:19–cv–0671–JAM–KJN PS<br><br>ORDER<br><br>(ECF Nos. 36, 37) |

On March 5, 2021, plaintiff re-filed her motion for leave to supplement the pleadings in her complaint under Rule 15(d) of the Federal Rules of Civil Procedure.  (ECF No. 36.)  Once again, this motion is improperly noticed under the court's Local Rules.  Plaintiff noticed her motion for hearing on March 25, 2021, which is less than the 28-days' notice required by Local Rule 230(b).  However, because the motion makes it somewhat more clear than her prior motion what pleadings plaintiff wishes to add to her complaint (see ECF Nos. 34, 35), the court accepts the motion as filed.  The undersigned finds this motion suitable for resolution without oral argument, see Local Rule 230(g), and intends to rule on the motion in conjunction with defendants' motion to dismiss, currently scheduled for hearing on April 15, 2021.[1]  (ECF No. 37). Defendants' motion to dismiss is also suitable for resolution without oral argument.  Accordingly,

---

[1] Defendants also improperly noticed their motion, setting the matter for hearing at 2:00 PM, instead of on the undersigned's standard 10:00 AM Law and Motion calendar.

1

the court VACATES the March 25, 2021 hearing set for plaintiff's motion to supplement the pleadings (ECF No. 36); VACATES the April 15, 2021 hearing set for defendants' motion to dismiss (ECF No. 37); and sets the following briefing schedule for both motions:

1. No later than **April 1, 2021**, plaintiff shall file any opposition to defendants' motion to dismiss, and defendants shall file any opposition to plaintiff's motion to supplement;
2. No later than **April 15, 2021**, each party shall file any reply to the other's opposition; and
3. Thereafter, the motions will be deemed submitted.

IT IS SO ORDERED.

Dated: March 12, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Jack.671